BTXN 138 (rev. 07/08)

ORIGINAL

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 2 3 2012
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| In Re:<br>ReoStar Energy Corporation<br><br>                              Debtor(s) | § § § § | Case No.:   10-47176-dml11<br>Chapter No.:  11 |
| ReoStar Energy Corporation<br>                              Plaintiff(s)<br>vs.<br>BT and MK Energy and Commodities LLC et al.<br>                              Defendant(s) | § § § § § § | Adversary No.:   11-04022-dml<br><br>Civil Case No.: |
| ReoStar Energy Corporation<br>                              Plaintiff(s)<br>vs.<br>BT and MK Energy and Commodities LLC et al<br>                              Respondent(s) | § § § § § § § | 4-12-cv-046-A |

# NOTICE OF TRANSMITTAL REGARDING WITHDRAWAL OF REFERENCE

I am transmitting:

- ☑ Two copies of the Motion to Withdraw Reference (USDC Civil Action No. – DNC Case)
  **NOTE:** A Status Conference has been set for <u>February 27, 2012</u> at <u>12:00 p.m</u>, in <u>US Courthouse, Room 128, 501 W. 10th St., Fort Worth, TX 76102</u> before U.S. Bankruptcy Judge <u>Lynn</u>. The movant, respondents or other affected parties are required to attend the Status Conference.

- ☐ Two copies of: _.

**TO ALL ATTORNEYS:** F.R.C.P. 5011(a) A motion for withdrawal of a case or proceeding shall be heard by a district judge, [*implied*] that any responses or related papers be filed likewise.

DATED: 1/23/12

FOR THE COURT:
Tawana C. Marshall, Clerk of Court

by: /s/Dennis Baird, Deputy Clerk



I hereby certify that the foregoing is a true copy of the original thereof now in my office this the 23rd day of January 2012 at Ft. Worth, Texas
Tawana C. Marshall, Clerk
United States Bankruptcy Court
Northern District of Texas
By _____ Deputy

BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# WITHDRAWAL OF REFERENCE SERVICE LIST

## Transmission of the Record

BK Case No.: 10-47176-dml11

Adversary No.: 11-04022-dml

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: D. Michael Lynn
    Alex Clark
    Dennis Baird
    Attorney(s) for Appellant
    US Trustee

**Plaintiff**  ReoStar Energy Corporation

Bruce W. Akerly
Cantey Hanger LLP
1999 Bryan Street
Suite 3300
Dallas, TX 75201
214-978-4129
214-978-4150 (fax)
bakerly@canteyhanger.com

**Plaintiff**  Russco Energy LLC

Stephanie Diane Curtis
Curtis Castillo PC
901 Main Street, Suite 6515
Dallas, TX 75202
(214) 752-2222
(214) 752-0709 (fax)
scurtis@curtislaw.net

**Defendant**  BT and MK Energy and Commodities LLC

David Speed Elder
Gardere Wynne Sewell, LLP
1000 Louisiana, Ste. 3400
Houston, TX 77002-5011
(713) 276-5750
(713) 276-6750 (fax)

delder@gardere.com

**Defendant**   Mark Zouvas

Andrew G. Edson
Strasburger & Price L.L.P.
901 Main Street, Suite 4400
Dallas, TX 75202-3794
(214) 651-2047
(214) 651-4084 (fax)
andrew.edson@strasburger.com

John D. Galarnyk
Galarnyk & Associates, Ltd.
70 W. Madison Street, Suite 2100
Chicago, IL 60602
(312)441-5800
(312) 441-5801 (fax)
john@galarnykltd.com


**Defendant**   John Calce

Jeffrey R. Erler
Bell Nunnally & Martin, LLP
3232 McKinney Ave.,Ste. 1400
Dallas, TX 75204
(214) 740-1490
(214) 740-1499 (fax)
jeffe@bellnunnally.com


**Defendant**   Greenberg Traurig, LLP and Raymond Lee

William L. Siegel
Cowles & Thompson. P.C.
901 Main St., Suite 3900
Dallas, TX 75202
214-672-2126
bsiegel@cowlesthompson.com


**Defendant**   BancTrust & Co.; BancTrust International, Inc.; Cesar Jimenez; Christian Lovera; Ronald Percival; Thomas Lionelli

Benjamin H. Price
Gardere Wynne Sewell, LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201
(214) 999-4696
(214) 999-3696 (fax)
bprice@gardere.com

ORIGINAL

BTXN 150 (rev. 11/10)

In Re:
ReoStar Energy Corporation

                          Debtor(s)

ReoStar Energy Corporation
                          Plaintiff(s)
  vs.
BT and MK Energy and Commodities LLC  et al.
                          Defendant(s)

Case No.:   10-47176-dml11
Chapter No.:  11

Adversary No.:   11-04022-dml

RECEIVED
JAN 2 3 2012
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## CIVIL CASE COVER SHEET

4-12CV-046-A

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

4-12CV-046-A

**I. (a) PLAINTIFF**
ReoStar Energy Corporation and Russco Energy LLC

**DEFENDANT**
BT and MK Energy and Commodities LLC; Mark Zouvas;
Greenberg Traurig, LLP; Raymond Lee; John Calce; Cesar Jimenz;
Christian Lovera; BancTrust International, Inc.; BancTrust & Co.;
Ronald Percial; Thomas Lionelli;

(b) County of Residence of First Listed Party:
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Party:
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Bruce W. Akerly
Cantey Hanger LLP
1999 Bryan Street
Suite 3300
Dallas, TX 75201
214-978-4129
Fax : 214-978-4150
Email: bakerly@canteyhanger.com

Stephanie Diane Curtis
Curtis Castillo PC
901 Main Street, Suite 6515
Dallas, TX 75202
(214) 752-2222
Fax : (214) 752-0709
Email: scurtis@curtislaw.net

Attorney's (If Known)
David Speed Elder
Gardere Wynne Sewell, LLP
1000 Louisiana, Ste. 3400
Houston, TX 77002-5011
(713) 276-5750
Fax : (713) 276-6750
Email: delder@gardere.com

Andrew G. Edson
Strasburger & Price L.L.P.
901 Main Street, Suite 4400
Dallas, TX 75202-3794
(214) 651-2047
Fax : (214) 651-4084
Email: andrew.edson@strasburger.com

John D. Galarnyk
Galarnyk & Associates, Ltd.
70 W. Madison Street, Suite 2100
Chicago, IL 60602
(312)441-5800
Fax : (312) 441-5801
Email: john@galarnykltd.com

William L. Siegel
Cowles & Thompson. P.C.
901 Main St., Suite 3900
Dallas, TX 75202
214-672-2126
Email: bsiegel@cowlesthompson.com

Jeffrey R. Erler
Bell Nunnally & Martin, LLP
3232 McKinney Ave.,Ste. 1400
Dallas, TX 75204
(214) 740-1490
Fax : (214) 740-1499
Email: jeffe@bellnunnally.com

**II. BASIS OF JURISDICTION**

- ○ 1  U.S. Government Plaintiff
- ○ 2  U.S. Government Defendant
- ● 3  Federal Question (U.S. Government Not a Party)
- ○ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated *or* Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated *and* Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV. NATURE OF SUIT**

- ○  422 Appeal 28 USC 158
- ●  423 Withdrawal 28 USC 157
- ○  890 Other Statutory Actions

**V. ORIGIN**

- (•) 1 Original Proceeding
- ( ) 2 Removed from State Court
- ( ) 3 Remanded from Appellate Court
- ( ) 4 Reinstated or Reopened
- ( ) 5 Transferred from another district
- ( ) 6 Multidistrict Litigation
- ( ) 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity):**
28 USC 157

Brief description of cause:
Motion for withdrawal of reference

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23     DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

**VIII. RELATED CASE(S) IF ANY**
Judge:                                                Docket Number:

DATED: 1/23/12

FOR THE COURT:
Tawana C. Marshall, Clerk of Court
by: /s/Dennis Baird, Deputy Clerk