Case 4:12-cv-00046-A   Document 236   Filed 03/26/13   Page 1 of 2   PageID 3788

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 26 2013
CLERK, U.S. DISTRICT COURT
By _____
        Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Bankruptcy Case No. |
| REOSTAR ENERGY CORPORATION, § | 10-47176-dml-11 (as |
| ET AL., § | consolidated for Joint |
| § | Administration with |
| Debtors. § | Bankruptcy Case Nos. |
| § | 10-47198; 10-47201; |
| § | and 10-47203) |
| CHRISTOPHER S. HEROUX, AS § | |
| TRUSTEE OF THE CREDITOR § | |
| TRUST OF REOSTAR ENERGY § | |
| CORPORATION, § | |
| § | |
| Plaintiff, § | Adversary No. 11-4022-dml |
| § | |
| VS. § | |
| § | District Court Case No. |
| MARK ZOUVAS, § | No. 4:12-CV-046-A |
| § | |
| Defendant. § | |

ORDER

The court has considered the document filed March 26, 2013, titled "Defendant Mark Zouvas's Motion for and Memorandum in Support of Bill of Costs," accompanied by an appendix that appears to constitute the bill of costs Mark Zouvas, defendant, is submitting to the clerk of court for approval.

The court has already ordered that defendant have and recover costs of court from plaintiff. Therefore, there is no reason for the court to take any action on such motion for the clerk to tax costs. The clerk of court will handle the bill of costs submitted by defendant in the usual manner. The court

considers that the appendix to such motion is defendant's bill of costs for which it seeks approval by the clerk. The clerk's office has a process for approving or disapproving bills of cost, and for making known to the parties when a bill of cost has been approved or disapproved. The court anticipates that the customary procedure will be followed by the clerk's office in this instance.

The court does consider, and finds, that defendant's bill of costs was timely filed.

To whatever extent such motion is requesting the taxing of costs against plaintiff's present or former counsel or a prior plaintiff, such motion is being denied because defendant has provided the court no factual or legal basis for the taxing of costs against anyone other than the existing plaintiff.

THE COURT SO ORDERS.

SIGNED March 26, 2013.

JOHN McBRYDE
United States District Judge